UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Hon. Joseph H. Rodriguez |
| | : | |
| v. | : | Criminal No. 06-19 |
| | : | |
| CLIFTON BARNEY, | : | |
| | : | **Order** |

This matter having come before the Court on motion of Defendant Clifton Barney for a reduction of his federal sentence pursuant to 18 U.S.C. § 3582(c)(2); and the Court having considered the written submissions of the parties and the arguments advanced during the hearing on May 18, 2011; and for the reasons express on the record that day and those set forth in the opinion of even date,

IT IS on this 26th day of May 2011 hereby

ORDERED that Defendant's motion is denied.

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE